Jerry J. **DUWENHOEGGER**,
Sr., Plaintiff–Appellant

v.

John R. **KING**; Steven Hammer; Mary McComb; Greg Lindell; Richard D. Wilson; David Reishus; Sheryl Vezner; Jonathon Weiss; Deborah Schadegg; Jeff L. Amberg; Deborah A. Garbison; Scott A. Behrends; Lana K. Jensen; David S. Loetscher; Christopher Chute; Paul D. Hoflund; Joseph Hobson; Michael S. Green; June E. Lind; Shannon Reimann; Christopher Seidler; John Sofie; Nicholas Duffy; Susan M. Armstrong; Courtney Felda; Jenny M. Carufel; Leigh C. McCoy; Andrew Leiffort; David Crist; Joan M. Fabian; Michael F. Rogosheske; Daniel Kelley; John C. Hillyard; Richard S. Pung; Roger J. Baburam; Natalie Leseman; Lisa Rudeen; Sean E. Kelly, Defendants–Appellees.

No. 13–1890.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 29, 2013.

Filed: April 10, 2014.

Jerry J. Duwenhoegger, Sr., Bayport, MN, pro se.

Kelly Susan Kemp, Attorney General's Office, Saint Paul, MN, for Defendants-Appellees.

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Jerry J. Duwenhoegger, Sr., appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Green v. Dormire,* 691 F.3d 917, 921 (8th Cir.2012), we affirm. We find no merit to the assertions of error that Duwenhoegger identifies on appeal; and we decline to address the new arguments, claims, and allegations that he raises, *see Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004), or to consider the documents he has offered on appeal for the first time, *see McCleary v. ReliaStar Life Ins. Co.,* 682 F.3d 1116, 1120 (8th Cir. 2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 879, 184 L.Ed.2d 660 (2013).[2] The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

2. We also do not consider the numerous claims Duwenhoegger has waived on appeal. *See Freitas v. Wells Fargo Home Mortg., Inc.,* 703 F.3d 436, 438 n. 3 (8th Cir.2013).